in entering judgment thereon. Therefore, the judgment of the Circuit Court of Kane County is reversed and the cause remanded for further proceedings not inconsistent with this opinion.

Reversed and remanded with directions.

DOVE, P. J. and SPIVEY, J., concur.

Louis L. Mason, and Francis R. Wiley, Plaintiffs-Appellants, v. National Bank of Decatur, as Conservator of Estate of Anna S. Pitz, an Incompetent, Defendant-Appellee.

Gen. No. 10,177. 

Third District.

September 2, 1958.

Released for publication September 18, 1958.

Louis L. Mason, pro se, and Francis R. Wiley, pro se; Whitley & Whitley, for defendant-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.